1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

MARGARET MAREALLE, on behalf of
M.M.B., a minor,

9

Plaintiff,

CASE NO. C15-1130-TSZ

10

v.

ORDER AFFIRMING COMMISSIONER

11

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

12

13

Defendant.

14

15

The Court having reviewed the Report and Recommendation of United States Magistrate
Judge Mary Alice Theiler, and no objections having been filed, hereby ORDERS:

16

17

(1)     The Report and Recommendation is ADOPTED;

18

(2)     The decision of the Commissioner is AFFIRMED; and

19

(3)     The Clerk is DIRECTED to send copies of this Order to counsel and to Judge
Theiler.

20

DATED this 28th day of October, 2016.

21

22

Thomas S. Zilly

23

Thomas S. Zilly
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE - 1